THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MARVIN HAROLD, Defendant-Appellant.

(No. 71-284; )

Fifth District—January 23, 1974.

Opinion by Mr. JUSTICE EBERSPACHER.

Robert E. Farrell, Deputy Defender, of Mt. Vernon (Richard E. Cunningham, Assistant Appellate Defender, of counsel, and Mark Lee, Senior Law Student), for appellant.

Robert H. Rice, State's Attorney, of Belleville (Philip G. Feder, Assistant State's Attorney, of counsel), for the People.